# UNITED STATES DISTRICT COURT
для the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Luis Camposano-Masedo, | ) Case No. 17- 9467 MJ |
| a.k.a.: Jose Camposano-Masedo, | ) |
| (A 097 375 487) | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Camposano-Masedo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about December 12, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 22, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 14, 2017, Jose Luis Camposano-Masedo was booked into the Maricopa County Jail (MCJ) facility by the Phoenix Police Department on local charges. While in custody at the MCJ, Camposano-Masedo was encountered by ICE Officer B. Jansen who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 20, 2017, Camposano-Masedo was released from the Maricopa County Jail and transported to the Phoenix ICE office for further investigation and processing. Camposano-Masedo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Camposano-Masedo to be a citizen of Mexico and a previously deported criminal alien. Camposano-Masedo was removed

from the United States to Mexico at or near San Ysidro, California, on or about December 12, 2016, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Camposano-Masedo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Camposano-Masedo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Luis Camposano-Masedo was convicted of Re-Entry after Deportation, a felony offense, on July 8, 2011, in the United States District Court, District Arizona. Camposano-Masedo was sentenced to twenty-four (24) months' imprisonment and three (3) years' supervised release. Camposano-Masedo's criminal history was matched to him by electronic fingerprint comparison.

5. On September 20, 2017, Jose Luis Camposano-Masedo was advised of his constitutional rights. Camposano-Masedo freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 14, 2017, Jose Luis Camposano-Masedo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near San Ysidro, California, on or about December 12, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 22nd day of September, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge

3